

FILED
3/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
BI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violations: Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c) |
| BRANDON SANDERS | |

## COUNT ONE

The SPECIAL APRIL 2024 GRAND JURY charges:

Beginning no later than in or around October 2015, and continuing until in or around December 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDON SANDERS,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 1 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT TWO

The SPECIAL APRIL 2024 GRAND JURY further charges:

Beginning no later than in or around April 2018, and continuing until on or about August 14, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDON SANDERS,

defendant herein, in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Victim 2 to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT THREE

The SPECIAL APRIL 2024 GRAND JURY further charges:

Beginning no later than in or around August 2021, and continuing until in or around March 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRANDON SANDERS,

defendant herein, in and affecting interstate commerce, knowingly enticed, harbored, transported, provided, obtained, maintained, patronized, and solicited by any means a person, namely, Minor A, having had the reasonable opportunity to observe Minor A, and knowing and in reckless disregard of the fact that: (1) means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause Minor A to engage in a commercial sex act; and (2) Minor A had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), (b)(2), and (c).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY