UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON SANDERS | Case No. 25 CR 124<br><br>Magistrate Judge Daniel P. McLaughlin |

# **O R D E R**

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

> Name: BRANDON SANDERS
> Date of Birth: **/**/1990
> Sex: Male
> Race: African American
> Jail/Prisoner #: 2023-0701038

now is incarcerated in the following institution:

> Cook County Sheriff's Office/Department of Corrections
> 2700 South California Avenue
> Chicago, Illinois 60608

and that said defendant has been charged in the above-captioned case with sex trafficking, in violation of Title 18, United States Code, Section 1591, and that said defendant should be produced at **09:00 a.m. on March 19, 2025**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 11:00 a.m. for an arraignment before Magistrate Judge Daniel P. McLaughlin in Courtroom 1350.

IT IS THEREFORE ORDERED that the following person:

THOMAS J. DART
Sheriff
Cook County Sheriff's Office/Department of Corrections
2700 South California Avenue
Chicago, Illinois 60608

bring or cause to be brought before this Court, at said time on said date, before Magistrate Judge Daniel P. McLaughlin, in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

---
DANIEL P. MCLAUGHLIN
Magistrate Judge

DATED at Chicago, Illinois
this 6th day of March, 2025